UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Robert Carroll                                    )
3328 17th Street, NW                        )
Washington, DC 20010,                     )       Civil Action No. 1:06-cv-01641 (HHK)
                                                          )
             And                                       )
                                                          )
Monica Carroll                                   )
3328 17th Street, NW                        )
Washington, DC 20010,                     )
                                                          )
                        Plaintiffs,              )
                                                          )
                 v.                                    )
                                                          )
Freemont Investment & Loan, *et al.*,  )
                                                          )
                        Defendants.           )
_____)

**NOTICE OF DISMISSAL**
**(Without Prejudice)**

Plaintiffs hereby dismiss this action <u>without prejudice</u> under Rule 41(a)(1) of the Federal Rules of Civil Procedure, no other parties having appeared in this action.

Respectfully submitted,

Dated: January 19, 2007               _____/s/_____
                                                      C. Michael Tarone, D.C. Bar  # 159228
                                                      Karl & Tarone
                                                      900 17th Street, NW, Suite 1250
                                                      Washington, DC 20006
                                                      Tel. (202) 293-3200
                                                      Fax (202)429-1851)

                                                      Counsel for Plaintiffs